# Third District Court of Appeal

## State of Florida

Opinion filed December 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0417
Lower Tribunal No. 18-919-A-K
_____

**Olaoluwa Ogunwale,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Olaoluwa Ogunwale, in proper person.

Ashley Moody, Attorney General, and Richard Polin, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.